# UNITED STATES DISTRICT COURT

For the Eastern **District of** California

Amazon Logistics, Inc.
              Plaintiff (s),

V.

Mann Bros Transport, Inc,.

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:19-cv-01060-DAD-SAB

Notice is hereby given that, subject to approval by the court, __Amazon Logistics, Inc.__ substitutes
(Party (s) Name)

__Reed Lyon__, State Bar No. __288361__ as counsel record in place
(Name of New Attorney)

place of __Jennifer A. Miller__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Benesch, Friedlander, Coplan & Aronoff, LLP |
| Address: | One Montgomery Tower, 120 Kearny Street, #2700, San Francisco, CA 94104 |
| Telephone: | 628-600-2237    Facsimile 628-221-5828 |
| E-Mail (Optional): | rlyon@beneschlaw.com |

I consent to the above substitution.         Amazon Logistics, Inc.

Date:  5/1/2020         */s/Lauren Rothenberg* (on behalf of Amazon Logistics, Inc.)
(Signature of Party (s))

I consent to being substituted.         Jennifer A. Miller

Date:  5/1/2020         */s/Jennifer A. Miller*
(Signature of Former Attorney (s))

I consent to the above substitution.         Reed Lyon

Date:  5/1/2020         */s/Reed Lyon*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:         Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

13407723 v1