# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON LOGISTICS, INC., | Case No. 1:19-cv-01060-DAD-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO MODIFY TRIAL DATE |
| v. | (ECF Nos. 44, 50) |
| MANN BROS TRANSPORT INC., | |
| Defendant. | |

On March 21, 2022, the Court conducted a pretrial conference in this matter. (ECF No. 43.) Trial was set for May 24, 2022, and a settlement conference before the Honorable Stanley A. Boone was set for April 25, 2022. On April 6, 2022, the settlement conference was reset for May 16, 2022, before the Honorable Barbara A. McAuliffe. (ECF Nos. 48, 49.)

On April 8, 2022, the parties filed a stipulated request to continue the trial date to June 28, 2022. (ECF No. 50.) In light of the need to reset the settlement conference and the available dates for the conference, the Court finds good cause exists to grant the parties' request.

Accordingly, pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The trial date is continued to **June 28, 2022**, at **8:30 a.m.**, in Courtroom 5 before the Honorable Dale A. Drozd; and

1

2. All related pretrial deadlines as set forth in the pretrial order (ECF No. 44) shall be adjusted accordingly.

IT IS SO ORDERED.

Dated:  **April 11, 2022**

UNITED STATES MAGISTRATE JUDGE