# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON LOGISTICS, INC., | Case No. 1:19-cv-01060-DAD-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| MANN BROS. TRANSPORT INC., | (ECF No. 52) |
| Defendant. | **DEADLINE: JUNE 13, 2022** |

Plaintiff Amazon Logistics, Inc. initiated this action against Defendant Mann Bros. Transport Inc., on July 31, 2019. (ECF No. 1.) On August 28, 2019, Defendant filed a counterclaim against Plaintiff. (ECF No. 10.)

On May 12, 2022, the parties filed a notice of settlement as to the entire action. (ECF No. 52.) The parties respectfully request thirty days to finalize their settlement and have the action dismissed.

Generally, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Here, the parties request thirty days to finalize their settlement and file dispositional documents. The Court finds sufficient good cause exists to grant the requested extension.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

1

2. The parties shall file dispositional documents no later than **June 13, 2022**.

IT IS SO ORDERED.

Dated:   **May 13, 2022**

UNITED STATES MAGISTRATE JUDGE